IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD LARUSSO, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | No. 14-5225 |
|     *Defendant.* | : | |

## ORDER

**AND NOW**, this 23rd day of February, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review and Motion for Summary Judgment (Docket No. 8), Defendant's Uncontested Motion to Remand (Docket No. 11) and the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Docket No. 12), **the Court hereby ORDERS and DECREES** that:

    1.    The Report and Recommendation (Docket No. 12) is **APPROVED and ADOPTED**;

    2.    Defendant's Uncontested Motion to Remand (Docket No. 11) is **GRANTED**, and the matter is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation (Docket No. 12); and

    3.    Plaintiff's Brief and Statement of Issues in Support of Request for Review and Motion for Summary Judgment (Docket No. 8) and Defendant's Motion for an Enlargement of Time to File Her Response to Request for Review of Plaintiff (Docket No. 9) are **DEEMED MOOT**.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE